# EXHIBIT A

# THE STATE OF TEXAS



To: Reliastar Life Insurance Company, Defendant

Reliastar Life Insurance Company
Registered Agent: C. T. Corporation System
1999 Bryan St # 900
Dallas, Tx 75201

Greetings:

You are commanded to appear, by filing a written answer to the Plaintiff's Original Petition at or before 10 o'clock a.m. of the next Monday, after the expiration of twenty (20) days, after the date of service hereof, before the Honorable County Court at Law of Henderson County, Texas of said Plaintiff's Original Petition, which was filed on September 17, 2019.

The file number of said suit being No 00344-CCL-19. The style of the case is: Patsy Gray v. Reliastar Life Insurance Company

*The name and address of the attorney for the plaintiff or the address of the plaintiff is:*
James H. Owen
PO BOX 1447
ATHENS TX 75751

The nature of the plaintiff's demand is set out and shown by a true and correct copy of Plaintiff's Original Petition accompanying this citation and made part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law and the mandates hereof and make due return as the law directs.

NOTICE TO DEFENDANT: *You have been sued.* You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Issued and given under my hand and the seal of said court at Athens, Texas, On This The 17th Day Of September, 2019.
Mary Margaret Wright, County Clerk
Henderson County, Texas
Address of the Clerk: 125 N. Prairieville Ste: 101 Athens, Texas 75751

_Renee Porter_ Deputy

```
OFFICER'S RETURN
Came to hand on the _____ day of _____, A.D. 20____, at _____ o'clock ____ .M., and executed on the _____ day of
_____, A.D. 20____, at _____ o'clock ____ .M., by

DELIVERING TO _____ Registered Agent
The within named DEFENDANT, in person, a true copy of this citation.
FEES:
Serving Citation, ----- $_____    _____ Sheriff/Constable   Mileage, ----------- $_____

TOTAL $_____    _____ County, Texas _____ Deputy
```

FILED FOR RECORD
10/4/2019 5:52 PM
MARY MARGARET WRIGHT
COUNTY CLERK
HENDERSON COUNTY, TEXAS
Selena Rodriguez

CAUSE NO. 00344-CCL-19

| | | |
|---|---|---|
| **Patsy Gray** | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | HENDERSON COUNTY, TEXAS |
| | § | |
| **Reliaster Life Insurance Company** | § | |
| Defendant. | § | COUNTY COURT AT LAW 1 |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Dale Blaylock** who, being by me duly sworn, deposed and said:

"The following came to hand on **Sep 17, 2019, 12:52 pm**,

**PLAINTIFFS ORIGINAL PETITION**

and was executed at **1999 Bryan St 900, Dallas, TX 75201** within the county of **Dallas** at **10:49 AM** on **Wed, Sep 18 2019**, by delivering a true copy to the within named

**RELIASTAR LIFE INSURANCE COMPANY by serving REGISTERED AGENT: C.T. CORPORATION SYSTEM**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Dale Blaylock**, my date of birth is **1-16-1956**, and my address is **183 Autumnwood Trail, Gun Barrel City, Tx 75156**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Henderson** County, State of **Tx**, on **September 18, 2019**.

*Dale Blaylock*

Dale Blaylock
Certification Number: SCH 11141 09/30/2020
Certification Expiration: