# EXHIBIT G-1

National Comprehensive Report



**Important:**  The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state´s Department of State.  The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:**  Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:**  No Permissible Purpose

# National Comprehensive Report

**Date:** 10/09/19
**Reference Code:** 3033.0054

**Report Legend:**
- Shared Address
- Deceased
- Probable Current Address

**Comprehensive Report Summary:**
    Names Associated With Subject:
      10 Found
    Bankruptcies:
      None Found
    Liens and Judgments:
      1 Found
    Phones Plus:
      13 Found
    Possible Utility Information:
      4 Found
    Email Address:
      18 Found
    People at Work:
      None Found
    Driver´s License:
      4 Found
    Address(es) Found:
      0 Verified and 24 Non-Verified Found
    Possible Properties Owned:
      2 Found
    Possible Criminal Records:
      None Found
    Professional Licenses:
      None Found

**Subject Information:  (Best Information for Subject)**
**Name:**  PATSY E GRAY    DOB: REDACTED
**SSN:**  REDACTED  issued in Texas  between  *1/1/1967*  and  *12/31/1967*
**Age:** 68

**Names Associated With Subject:**
    PATSY ELAINE GRAY  LexID: 986659528 DOB: REDACTED
    REDACTED  issued in Texas  between  1/1/1967  and  12/31/1967

PATSY E GRAY  LexID: 986659528 DOB: REDACTED
REDACTED issued in Texas  between  1/1/1967  and  12/31/1967
PATSY GRAY  LexID: 986659528 DOB: REDACTED
REDACTED issued in Texas  between  1/1/1967  and  12/31/1967
PATSY WORTH GRAY  LexID: 986659528 DOB: REDACTED
REDACTED issued in Texas  between  1/1/1967  and  12/31/1967
PATSY W GRAY  LexID: 986659528 DOB: REDACTED
REDACTED issued in Texas  between  1/1/1967  and  12/31/1967
PASTY GRAY  LexID: 986659528 DOB: REDACTED
REDACTED issued in Texas  between  1/1/1967  and  12/31/1967
PATSY MCLAUCHLIN  LexID: 986659528 DOB REDACTED
REDACTED issued in Texas  between  1/1/1967  and  12/31/1967
PATSY WORTH  LexID: 986659528 DOB: REDACTED
REDACTED issued in Texas  between  1/1/1967  and  12/31/1967
PATSY ELAINE WORTH  LexID: 986659528 DOB REDACTED
REDACTED issued in Texas  between  1/1/1967  and  12/31/1967
PATSY E WORTH  LexID: 986659528 DOB REDACTED
REDACTED issued in Texas  between  1/1/1967  and  12/31/1967

**Address Summary:**

12328 FM 2709, EUSTACE, TX 75124-4518, HENDERSON COUNTY (Apr 2005 - Aug 2019)
PO BOX 193, EUSTACE, TX 75124-0193, HENDERSON COUNTY (Feb 1998 - Sep 2019)
   **Utility Locator - Connect Date:**  2/12/2016
12326 FM 270, EUSTACE, TX 75124, HENDERSON COUNTY (Nov 2015 - Aug 2019)
12330 FM 2709, EUSTACE, TX 75124-4518, HENDERSON COUNTY (Feb 1998 - Jan 2019)
12326 FM 2709 2904, EUSTACE, TX 75124-4518, HENDERSON COUNTY (Feb 1998 - Aug 2018)
11498 FM 2709 UNIT 2904, EUSTACE, TX 75124-4534, HENDERSON COUNTY (Feb 1998 -  2018)
RR 1 BOX 463, EUSTACE, TX 75124-9801, HENDERSON COUNTY (Jun 1984 - Feb 2017)
RR 1 BOX 193, EUSTACE, TX 75124-9801, HENDERSON COUNTY (May 2012 - Nov 2012)
2709 COUNTY ROAD 2904 11498, EUSTACE, TX 75124, HENDERSON COUNTY (Feb 1998 -  2010)
9212 BERGER RD STE 100, COLUMBIA, MD 21046-2312, HOWARD COUNTY (May 2008 - Jan 2009)
11498 COUNTY ROAD 2904, EUSTACE, TX 75124-3506, HENDERSON COUNTY (Oct 1996 - May 2005)
12326 FM APT 2709, EUSTACE, TX 75124, HENDERSON COUNTY (Oct 1998 - Sep 2004)
PO BOX 693, MABANK, TX 75147-0693, KAUFMAN COUNTY (Oct 1989 - Jan 2003)
PO BOX 17119, DALLAS, TX 75225, DALLAS COUNTY (Jun 1984 - Jan 2003)
PO BOX 3296, LA HABRA, CA 90632-3296, ORANGE COUNTY (Aug 1994 - Jan 2000)
1500 COLE WAY, LA HABRA, CA 90631-2805, ORANGE COUNTY (Oct 1993 - May 1996)
1113 ABRAMS RD APT, RICHARDSON, TX 75081-5591, DALLAS COUNTY (Oct 1994)
505 BREEZEWOOD CT B, BREA, CA 92821-2719, ORANGE COUNTY (Oct 1993)
RR 463 BOX, EUSTACE, TX 75124, HENDERSON COUNTY (Mar 1991 - Dec 1992)
1420 OAK TREE CT, LA HABRA, CA 90631-6913, ORANGE COUNTY (Jan 1990 - Dec 1991)
MABANK TX, MABANK, TX 75147, KAUFMAN COUNTY (Apr 1991)
PO BOX 463, FORT WORTH, TX 76101-0463, TARRANT COUNTY (Jan 1990)
1501 E WOODFIELD RD APT, SCHAUMBURG, IL 60173-6052, COOK COUNTY (Aug 1987)
PO BOX 293, EUSTACE, TX 75124-0293, HENDERSON COUNTY

**Active Address(es):**

   [None Found]


**Previous And Non-Verified Address(es):**
   12328 FM 2709, EUSTACE, TX 75124-4518, HENDERSON COUNTY (Apr 2005 - Aug 2019)
      **Name Associated with Address:**
         PATSY E GRAY
            **Current Residents at Address:**
         PATSY E GRAY
         WILLIAM D MCLAUCHLIN
         NELLIE F MCLAUGHLIN
      **Property Ownership Information for this Address**
         **Property:**
             Parcel Number - 0796-0340-000A-30
             Owner Name: NELLIE MCLAUCHLIN  LexID: 1682277927
             Owner Name 2: W D MCLAUCHLIN  LexID: 1681979824
             Property Address: - 12328 FM 2709, EUSTACE, TX 75124-4518, HENDERSON COUNTY
             Total Market Value - $23,710
             Assessed Value - $23,710
             Improvement Value - $23,710

      Year Built - 2002
      Legal Description - LOT: TR 34 AB 796 E WASHBURN SUR TR 34 (M/H ONLY)
      Data Source - A

PO BOX 193, EUSTACE, TX 75124-0193, HENDERSON COUNTY (Feb 1998 - Sep 2019)
  **Utility Locator - Connect Date:**  2/12/2016
  **Name Associated with Address:**
    PATSY E GRAY
    **Current Residents at Address:**
    PATSY E GRAY

12326 FM 270, EUSTACE, TX 75124, HENDERSON COUNTY (Nov 2015 - Aug 2019)
  **Name Associated with Address:**
    PATSY E GRAY

12330 FM 2709, EUSTACE, TX 75124-4518, HENDERSON COUNTY (Feb 1998 - Jan 2019)
  **Name Associated with Address:**
    PATSY E GRAY
    **Current Residents at Address:**
    DEITA LYNAE WORTH
    903-425-6795
  **Property Ownership Information for this Address**
    **Property:**
      Parcel Number - 0796-0340-0000-30
      Book - 1803
      Page - 875
      Owner Name: PATSY GRAY  LexID: 986659528
      Property Address: - 12330 FM 2709, EUSTACE, TX 75124-4518, HENDERSON COUNTY
      Land Usage - MOBILE HOME PP
      Total Market Value - $54,820
      Assessed Value - $54,820
      Land Value - $30,210
      Improvement Value - $24,610
      Land Size - 256,568 Square Feet
      Year Built - 1982
      Legal Description - ACRES: 5.890 LOT: TR 34 AB 796 E WASHBURN SUR TR 34 (I/O)
      Data Source - A

12326 FM 2709 2904, EUSTACE, TX 75124-4518, HENDERSON COUNTY (Feb 1998 - Aug 2018)
  **Name Associated with Address:**
    PATSY GRAY
    903-425-3686
  **Property Ownership Information for this Address**
    **Property:**
      Parcel Number - 0796-0340-0000-30
      Book - 1803
      Page - 875
      Owner Name: PATSY GRAY  LexID: 986659528
      Property Address: - 12326 FM 2709 2904, EUSTACE, TX 75124-4518, HENDERSON COUNTY
      Owner Address: PO BOX 193, EUSTACE, TX 75124-0193, HENDERSON COUNTY
      Land Usage - MOBILE HOME
      Total Market Value - $46,090
      Assessed Value - $46,090
      Land Value - $30,210
      Improvement Value - $15,880
      Year Built - 1982
      Legal Description - AB 796 E WASHBURN SUR, TR 34
      Data Source - B

11498 FM 2709 UNIT 2904, EUSTACE, TX 75124-4534, HENDERSON COUNTY (Feb 1998 -  2018)
  **Name Associated with Address:**
    PATSY GRAY
    903-425-3686
  **Property Ownership Information for this Address**
    **Property:**
      Parcel Number - 0796-0340-0000-30
      Book - 1803
      Page - 875
      Owner Name: PATSY GRAY  LexID: 986659528
      Property Address: - 11498 FM 2709 UNIT 2904, EUSTACE, TX 75124-4534, HENDERSON COUNTY
      Owner Address: PO BOX 193, EUSTACE, TX 75124-0193, HENDERSON COUNTY
      Land Usage - FARMS
      Total Market Value - $46,090
      Land Value - $30,210
      Improvement Value - $15,880

      Land Size - 256,568 Square Feet
      Legal Description - AB 796 E WASHBURN SUR TR 34 (I/O)
      Data Source - A

RR 1 BOX 463, EUSTACE, TX 75124-9801, HENDERSON COUNTY (Jun 1984 - Feb 2017)
    **Name Associated with Address:**
      PATSY WORTH

RR 1 BOX 193, EUSTACE, TX 75124-9801, HENDERSON COUNTY (May 2012 - Nov 2012)
    **Name Associated with Address:**
      PATSY E GRAY

2709 COUNTY ROAD 2904 11498, EUSTACE, TX 75124, HENDERSON COUNTY (Feb 1998 - 2010)
    **Name Associated with Address:**
      PATSY GRAY
      903-425-3686
    **Property Ownership Information for this Address**
      **Property:**
        Parcel Number - 0796-0340-000B-30
        Owner Name: PATSY GRAY  LexID: 986659528
        Property Address: - 2709 COUNTY ROAD 2904 11498, EUSTACE, TX 75124, HENDERSON COUNTY
        Owner Address: PO BOX 193, EUSTACE, TX 75124-0193, HENDERSON COUNTY
        Total Market Value - $18,200
        Improvement Value - $18,200
        Land Size - 256,568 Square Feet
        Year Built - 2006
        Legal Description - ACRES: 5.890 AB 796 E WASHBURN SUR TR 34 M/H ONLY
        Data Source - A

9212 BERGER RD STE 100, COLUMBIA, MD 21046-2312, HOWARD COUNTY (May 2008 - Jan 2009)
    **Name Associated with Address:**
      PATSY E GRAY

11498 COUNTY ROAD 2904, EUSTACE, TX 75124-3506, HENDERSON COUNTY (Oct 1996 - May 2005)
    **Name Associated with Address:**
      PATSY W GRAY
      **Current Residents at Address:**
      MICHAEL RAY MYERS SR

12326 FM APT 2709, EUSTACE, TX 75124, HENDERSON COUNTY (Oct 1998 - Sep 2004)
    **Name Associated with Address:**
      PATSY W GRAY

PO BOX 693, MABANK, TX 75147-0693, KAUFMAN COUNTY (Oct 1989 - Jan 2003)
    **Name Associated with Address:**
      PATSY MCLAUCHLIN
      **Current Residents at Address:**
      JUNE A KARNEY
      BENNETTE LEE PORTER

PO BOX 17119, DALLAS, TX 75225, DALLAS COUNTY (Jun 1984 - Jan 2003)
    **Name Associated with Address:**
      PATSY MCLAUCHLIN

PO BOX 3296, LA HABRA, CA 90632-3296, ORANGE COUNTY (Aug 1994 - Jan 2000)
    **Name Associated with Address:**
      PATSY W GRAY
      **Current Residents at Address:**
      ELISA ANGELINE IDZARDI

1500 COLE WAY, LA HABRA, CA 90631-2805, ORANGE COUNTY (Oct 1993 - May 1996)
    **Name Associated with Address:**
      PATSY W GRAY
      **Current Residents at Address:**
      ALEXANDRU D DAIANU
      CLAUDIA DAIANU
    **Property Ownership Information for this Address**
      **Property:**
        Parcel Number - 017-272-04
        Owner Name: INGE REALTY COMPANY
        Property Address: - 1500 COLE WAY, LA HABRA, CA 90631-2805, ORANGE COUNTY
        Assessed Value - $279,335
        Land Size - 15,093 Square Feet
        Year Built - 1959
        Seller Name: ROBERT E INGE
        Legal Description - N-TRACT: 2935 BLOCK: LOT: 10
        Data Source - A

1113 ABRAMS RD APT, RICHARDSON, TX 75081-5591, DALLAS COUNTY (Oct 1994)
    **Name Associated with Address:**
      PATSY W GRAY

505 BREEZEWOOD CT B, BREA, CA 92821-2719, ORANGE COUNTY (Oct 1993)
    **Name Associated with Address:**
        PATSY E WORTH
    **Property Ownership Information for this Address**
        **Property:**
           Parcel Number - 296-073-18
           Owner Name: LINDA BROWN  LexID: 298513171
           Property Address: - 505 BREEZEWOOD CT, BREA, CA 92821-2719, ORANGE COUNTY
           Sale Date - 04/01/1999
           Sale Price - $151,000
           Assessed Value - $208,041
           Land Size - 1,548 Square Feet
           Year Built - 1973
           Seller Name: LINDA BROWN  LexID: 298513171
           Legal Description - N-TRACT: 7907 BLOCK: LOT: 19
           Loan Amount - $113,000
           Loan Type - CONVENTIONAL
           Lender Name - FIRST NATIONWIDE MTG CORP
           Data Source - A
RR 463 BOX, EUSTACE, TX 75124, HENDERSON COUNTY (Mar 1991 - Dec 1992)
    **Name Associated with Address:**
        PATSY E WORTH
1420 OAK TREE CT, LA HABRA, CA 90631-6913, ORANGE COUNTY (Jan 1990 - Dec 1991)
    **Name Associated with Address:**
        PATSY E WORTH
        **Current Residents at Address:**
        DORCAS C CASTRO
        SAUL C CASTRO
        JESSIE B DAVIS
        MARINA I GONZALEZ
        MONICA ALEXANDRA CASTRO
        JOHN U ANTHONY
        SAMARY CASTRO
    **Property Ownership Information for this Address**
        **Property:**
           Parcel Number - 019-412-06
           Owner Name: CLASSIC DEVELOPMENT CORP
           Property Address: - 1420 OAK TREE CT, LA HABRA, CA 90631-6913, ORANGE COUNTY
           Sale Price - $146,500
           Assessed Value - $224,170
           Land Size - 11,000 Square Feet
           Year Built - 1980
           Legal Description - TR 8339 LOT 19 SURFACE AND 500 FT SUBSURFACE VERTICALLY
           Loan Amount - $117,200
           Loan Type - CONVENTIONAL
           Data Source - A
MABANK TX, MABANK, TX 75147, KAUFMAN COUNTY (Apr 1991)
    **Name Associated with Address:**
        PATSY E WORTH
PO BOX 463, FORT WORTH, TX 76101-0463, TARRANT COUNTY (Jan 1990)
    **Name Associated with Address:**
        PATSY WORTH
1501 E WOODFIELD RD APT, SCHAUMBURG, IL 60173-6052, COOK COUNTY (Aug 1987)
    **Name Associated with Address:**
        PATSY E WORTH
    **Property Ownership Information for this Address**
        **Property:**
           Parcel Number - 07-13-300-019-0000
           Owner Name: CC SCHAUMBURG  LexID: 237115722896
           Property Address: - 1501 E WOODFIELD RD, SCHAUMBURG, IL 60173-6052, COOK COUNTY
           Sale Date - 03/15/2017
           Sale Price - $70,749,500
           Subdivision Name - HEATERWOOD ESTATE CONDO
           Total Market Value - $4,673,144
           Assessed Value - $1,168,286
           Land Size - 145,353 Square Feet
           Seller Name: JOHN HANCOCK LIFE INS CO USA
           Legal Description - U1703-4 HEATHERWOOD EST CONDO SW1/ 4 S19 HEATERHWOOD EST PH 2 SW1/4 S1 9 T41N R10E
           Loan Amount - $77,840,000
           Loan Type - CONVENTIONAL

Lender Name - SM FIN LLC
Data Source - A
PO BOX 293, EUSTACE, TX 75124-0293, HENDERSON COUNTY
  **Name Associated with Address:**
    PATSY E GRAY
    **Current Residents at Address:**
    GEORGE CLINTON GREENWELL
    JOHN PAUL MCKINNEY
    LESLEE ANN MCKINNEY
    JOHN MCKINNEY

**Bankruptcies:**
  [None Found]

**Liens and Judgments:**
  Filing Number:  9605210671
  Filing Type:  STATE TAX LIEN
  Book/Page:  960521/0671
  Location:  SACRAMENTO COUNTY COURT (RD)
  State:  CA
  Original Filing Date: 5/21/1996
  Amount: $1,179
  Debtor Name: WORTH, PATSY
  Debtor LexID: 986659528
  Debtor SSN: **REDACTED**
  Debtor Address: PO BOX 17119, DALLAS, TX 75217
  Creditor: STATE OF CALIFORNIA

**Phones Plus:**
  **Phones Plus1**
  Name: GRAY, PATSY
  Address: 12326 FM 2709, EUSTACE, TX 75124-4518
  Phone Number:  214-538-5054 - CDT
  Phone Type: Mobile
  Carrier: NEW CINGULAR WRLS IL - (GRAND PRAIRIE (DALLAS), TX)

  **Phones Plus2**
  Name: GRAY, PATSY
  Address: PO BOX 193, EUSTACE, TX 75124-0193
  Phone Number:  903-275-8131 - CDT
  Phone Type: Mobile
  Carrier: SPRINT SPECTRUM LP - (ATHENS, TX)

  **Phones Plus3**
  Name: GRAY, PATSY
  Address: 12326 FM 2709, EUSTACE, TX 75124-4518
  Phone Number:  903-275-8131 - CDT
  Phone Type: Mobile
  Carrier: SPRINT SPECTRUM LP - (ATHENS, TX)

  **Phones Plus4**
  Name: GRAY, PATSY
  Address: 12328 FM 2709, EUSTACE, TX 75124-4518
  Phone Number:  903-275-8131 - CDT
  Phone Type: Mobile
  Carrier: SPRINT SPECTRUM LP - (ATHENS, TX)

  **Phones Plus5**
  Name: GRAY, PATSY
  Address: PO BOX 193, EUSTACE, TX 75124-0193
  Phone Number:  903-425-3686 - CDT
  Carrier: CENTURYLINK - (EUSTACE, TX)

  **Phones Plus6**
  Name: GRAY, PATSY
  Address: 11498 FM 2709 UNIT 2904, EUSTACE, TX 75124-4534

Phone Number:  903-425-3686 - CDT
Carrier: CENTURYLINK - (EUSTACE, TX)

**Phones Plus7**
Name: GRAY, PATSY
Address: 11498 FM 2709 COUNTY ROAD 2904, EUSTACE, TX 75124
Phone Number:  903-425-3686 - CDT
Carrier: CENTURYLINK - (EUSTACE, TX)

**Phones Plus8**
Name: GRAY, PATSY
Address: 12326 FM 2709 2904, EUSTACE, TX 75124-4518
Phone Number:  903-425-3686 - CDT
Carrier: CENTURYLINK - (EUSTACE, TX)

**Phones Plus9**
Name: GRAY, PATSY
Address: 2709 COUNTY ROAD 2904 11498, EUSTACE, TX 75124
Phone Number:  903-425-3686 - CDT
Carrier: CENTURYLINK - (EUSTACE, TX)

**Phones Plus10**
Name: GRAY, PATSY
Address: PO BOX 193, EUSTACE, TX 75124-0193
Phone Number:  903-425-6795 - CDT
Carrier: CENTURYLINK - (EUSTACE, TX)

**Phones Plus11**
Name: GRAY, PATSY
Address: RR 1 BOX 193, EUSTACE, TX 75124-9801
Phone Number:  903-425-6795 - CDT
Carrier: CENTURYLINK - (EUSTACE, TX)

**Phones Plus12**
Name: GRAY, PATSY
Address: 12326 FM 2709, EUSTACE, TX 75124-4518
Phone Number:  903-425-6795 - CDT
Phone Type: Residential
Carrier: CENTURYLINK - (EUSTACE, TX)

**Phones Plus13**
Name: GRAY, PATSY
Address: 12330 FM 2709, EUSTACE, TX 75124-4518
Phone Number:  903-425-6795 - CDT
Phone Type: Residential
Carrier: CENTURYLINK - (EUSTACE, TX)

**Email Address:**

Name: PATSY GRAY
LexID: 986659528
SSN: **REDACTED**
Email Address(es):
      PATSYEGRAY@YAHOO.COM

Street Address(es):
      12326 FM 2709, EUSTACE, TX 75124-4518


Name: PATSY GRAY
LexID: 986659528
SSN:
Email Address(es):
      BETRTHANGOOD@YAHOO.COM

Street Address(es):
      PO BOX 193, HENDERSON, TX 75653-0193

National Comprehensive Report

Name: PATSY GRAY
LexID: 986659528
SSN:
Email Address(es):
    PATSYGRAY@MSN.COM

Street Address(es):
    PO BOX 193, HENDERSON, TX 75653-0193

Name: PATSY GRAY
LexID: 986659528
SSN: **REDACTED**
Email Address(es):
    BETRTHANGOOD@YAHOO.COM

Street Address(es):
    PO BOX 193, EUSTACE, TX 75124-0193

Name: PATSY GRAY
LexID: 986659528
SSN: **REDACTED**
Email Address(es):
    BETRTHANGOOD@YAHOO.COM

Street Address(es):
    12326 FM 2709, EUSTACE, TX 75124-4518

Name: PATSY GRAY
LexID: 986659528
SSN: **REDACTED**
Email Address(es):
    BETRTHANGOOD@YAHOO.COM

Street Address(es):
    12328 FM 2709, EUSTACE, TX 75124-4518

Name: PATSY GRAY
LexID: 986659528
SSN: **REDACTED**
Email Address(es):
    BETRTHNGOOD@YAHOO.COM

Street Address(es):
    12328 FM 2709, EUSTACE, TX 75124-4518

Name: PATSY GRAY
LexID: 986659528
SSN: **REDACTED**
Email Address(es):
    PATSYGRAY5@HOTMAIL.COM

Street Address(es):
    12328 FM 2709, EUSTACE, TX 75124-4518

Name: PATSY GRAY
LexID: 986659528
SSN: **REDACTED**
Email Address(es):
    PATSYGRAY@HOTMAIL.COM

Street Address(es):
    12328 FM 2709, EUSTACE, TX 75124-4518

Name: PATSY GRAY
LexID: 986659528
SSN: **REDACTED**
Email Address(es):
    PATSYGRAY@MSN.COM

Street Address(es):
    12328 FM 2709, EUSTACE, TX 75124-4518

Name: PATSY GRAY
LexID: 986659528
SSN: **REDACTED**
Email Address(es):
    PATSYGRAY5@HOTMAIL.COM

Street Address(es):
    PO BOX 193, EUSTACE, TX 75124-0193

Name: PATSY GRAY
LexID: 986659528
SSN: **REDACTED**
Email Address(es):
    PATSYGRAY5@HOTMAIL.COM

Street Address(es):
    12326 FM 2709, EUSTACE, TX 75124-4518

Name: PATSY GRAY
LexID: 986659528
SSN: **REDACTED**
Email Address(es):
    PATSYGRAY@MSN.COM

Street Address(es):
    12326 FM 2709, EUSTACE, TX 75124-4518

Name: PATSY GRAY
LexID: 986659528
SSN:
Email Address(es):
    PATSY5GRAY@MSN.COM

Street Address(es):
    PO BOX 193, HENDERSON, TX 75653-0193

Name: PATSY GRAY
LexID: 986659528
SSN: **REDACTED**
Email Address(es):
    PATSY5GRAY@MSN.COM

Street Address(es):
    12328 FM 2709, EUSTACE, TX 75124-4518

Name: PATSY GRAY
LexID: 986659528
SSN: **REDACTED**
Email Address(es):
    PATSY5GRAY@MSN.COM

Street Address(es):
    PO BOX 193, EUSTACE, TX 75124-0193

National Comprehensive Report

Name: PATSY GRAY
LexID: 986659528
SSN: **REDACTED**
Email Address(es):
    PATSY5GRAY@MSN.COM

Street Address(es):
    12326 FM 2709, EUSTACE, TX 75124-4518

Name: PATSY GRAY
LexID: 986659528
SSN: **REDACTED**
Email Address(es):
    PATSYGRAY@HOTMAIL.COM

Street Address(es):
    12326 FM 2709, EUSTACE, TX 75124-4518

**People at Work:**
*Maximum 50 People at Work records returned*
  [None Found]

**Driver´s License Information:**
Name: PATSY ELAINE GRAY
LexID: 986659528
DL Number **REDACTED**
State: Texas
License Address: 12330 FM 2709, EUSTACE, TX 75124-4518, HENDERSON COUNTY
DOB: **REDACTED**
Potential SSN : **REDACTED**
Issue Date: 12/02/1994
Data Source: Governmental

Name: PATSY ELAINE GRAY
LexID: 986659528
DL Number **REDACTED**
State: Texas
License Address: 12330 FM 2709, EUSTACE, TX 75124-4518, HENDERSON COUNTY
DOB: **REDACTED**
Potential SSN : **REDACTED**
License Type: RENEWAL
Data Source: Governmental

Name: PATSY ELAINE GRAY
LexID: 986659528
DL Number **REDACTED**
State: Texas
License Address: 12326 FM 2709, EUSTACE, TX 75124-4518, HENDERSON COUNTY
DOB: **REDACTED**
Potential SSN **REDACTED**
License Type: DUPLICATE
Data Source: Governmental

Name: PATSY E GRAY
LexID: 986659528
DL Number: **REDACTED**
State: Texas
License Address: 12326 FM 2709, EUSTACE, TX 75124-4518, HENDERSON COUNTY
DOB: **REDACTED**
Potential SSN  **REDACTED**
Data Source: Non-Governmental

**Possible Properties Owned by Subject:**

National Comprehensive Report

**Property:**
   Parcel Number - 0796-0340-000B-30
   Owner Name: PATSY GRAY  LexID: 986659528
   Property Address: - 11498 FM 2709 COUNTY ROAD 2904, EUSTACE, TX 75124, HENDERSON COUNTY
   Total Market Value - $19,160
   Assessed Value - $19,160
   Improvement Value - $19,160
   Land Size - 256,568 Square Feet
   Year Built - 2006
   Legal Description - ACRES: 5.890 LOT: TR 34 AB 796 E WASHBURN SUR TR 34 (M/H ONLY)
   Data Source - A

**Property:**
   Parcel Number - 0796-0340-0000-30
   Book - 1803
   Page - 875
   Owner Name: PATSY GRAY  LexID: 986659528
   Property Address: - 12330 FM 2709, EUSTACE, TX 75124-4518, HENDERSON COUNTY
   Land Usage - MOBILE HOME PP
   Total Market Value - $54,820
   Assessed Value - $54,820
   Land Value - $30,210
   Improvement Value - $24,610
   Land Size - 256,568 Square Feet
   Year Built - 1982
   Legal Description - ACRES: 5.890 LOT: TR 34 AB 796 E WASHBURN SUR TR 34 (I/O)
   Data Source - A

**Possible Utility Information:**

**Utility Type**
   Convenience: Paging, Long distance phone, Local phone, PCS, Cellular phone, Line leasing, Internet, Satellite, Cable TV Service, Cable Equipment, Bundled

**Dates Associated with Utility**
   Date service connected - 8/19/2017
   Date First Verified - 8/19/2017
   Date Last Verified - 6/20/2019

**Name Associated with Utility**
   MS PATSY GRAY

**Service Address**
   PO BOX 193, EUSTACE, TX 75124-0193, HENDERSON COUNTY

**Billing Information Associated with Address**
   PO BOX 193, EUSTACE, TX 75124-0193, HENDERSON COUNTY

**Phone Information**
   Work Telephone Number: 903-275-8131

**Utility Type**
   Convenience: Paging, Long distance phone, Local phone, PCS, Cellular phone, Line leasing, Internet, Satellite, Cable TV Service, Cable Equipment, Bundled

**Dates Associated with Utility**
   Date service connected - 2/12/2016
   Date First Verified - 2/12/2016
   Date Last Verified - 7/6/2018

**Name Associated with Utility**
   MS PATSY GRAY

**Service Address**
   PO BOX 193, EUSTACE, TX 75124-0193, HENDERSON COUNTY

**Billing Information Associated with Address**

National Comprehensive Report

PO BOX 193, EUSTACE, TX 75124-0193, HENDERSON COUNTY

---

**Utility Type**
  Convenience: Paging, Long distance phone, Local phone, PCS, Cellular phone, Line leasing, Internet, Satellite, Cable TV Service, Cable Equipment, Bundled

**Dates Associated with Utility**
  Date service connected - 5/30/2012
  Date First Verified - 5/30/2012
  Date Last Verified - 2/12/2014

**Name Associated with Utility**
  MS PATSY GRAY

**Service Address**
  12326 FM 2709, EUSTACE, TX 75124-4518, HENDERSON COUNTY

**Billing Information Associated with Address**
  12326 FM 2709, EUSTACE, TX 75124-4518, HENDERSON COUNTY

**Phone Information**
  Work Telephone Number: 903-425-6795

---

**Utility Type**
  Convenience: Paging, Long distance phone, Local phone, PCS, Cellular phone, Line leasing, Internet, Satellite, Cable TV Service, Cable Equipment, Bundled

**Dates Associated with Utility**
  Date service connected - 8/8/2005
  Date First Verified - 8/8/2005
  Date Last Verified - 2/12/2013

**Name Associated with Utility**
  MS PATSY GRAY

**Service Address**
  12326 FM 2709, EUSTACE, TX 75124-4518, HENDERSON COUNTY

**Billing Information Associated with Address**
  12326 FM 2709, EUSTACE, TX 75124-4518, HENDERSON COUNTY

**Phone Information**
  Work Telephone Number: 903-425-6795

---

**Possible Criminal Records:**
  [None Found]

**Professional License(s):**
  [None Found]